UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BUFORD GAITER,

        Plaintiff,        Case No. 15-cv-11677

v        Honorable Thomas L. Ludington

GC SERVICES, LP,

        Defendant.
_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Buford Gaiter and Defendant GC Services, LP, stipulated and agreed that the Complaint and all claims in the above-captioned action be dismissed with prejudice. *See* ECF No. 10.

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff Buford Gaiter's Complaint, ECF No. 1, and all claims in this case are **DISMISSED with prejudice**. This is a final order and closes the case.

Dated: August 31, 2015        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 31, 2015.

        s/Karri Sandusky
        Karri Sandusky, Acting Case Manager